UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| MASANGSOFT INC., <br><br> Plaintiff, <br><br> v. <br><br> LLC AREA GAME; ARTUR LITVINOV; and DOES 1-100, <br><br> Defendants. | C24-1865 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On December 10, 2025, the Court directed plaintiff to show cause why this case should not be dismissed without prejudice for failure to prosecute. *See* Minute Order (docket no. 17). On December 29, 2025, plaintiff filed a document indicating that "[p]er Docket No. [19] [sic] the Court granted Plaintiff's motion to serve defendants in C24-1865 via email. Summons and complaint have been served by those means." *See* Proof of Service (docket no. 18). The Minute Order entered July 31, 2025, docket no. 16, to which the Proof of Service refers, required that, in addition to emailing defendants, plaintiff must: (1) send to defendants via postal mail courtesy copies of the summons and complaint, as well as the Minute Order entered July 31, 2025; (2) include certified translations into Russian of all documents; and (3) use all available means of confirming defendants' receipt of the emails and documents sent via postal mail. Plaintiff is hereby ADVISED that the Proof of Service filed on December 29, 2025, does not demonstrate substantial compliance with the Minute Order entered July 31, 2025, and it will not, standing alone, support any motion for entry of default.

(2) The deadline for defendants to file a responsive pleading or motion shall be twenty-one (21) days after plaintiff files proof that defendants received courtesy copies of

MINUTE ORDER - 1

the summons and complaint via postal mail or April 30, 2026, whichever date is earlier. If no responsive pleading or motion is timely filed, plaintiff shall file, by May 15, 2026, either a motion for entry of default or a status report indicating why such motion cannot be filed.

(3)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 15th day of January, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2