UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MASANGSOFT INC.,

          Plaintiff,

   v.

LLC AREA GAME; ARTUR
LITVINOV; and DOES 1-100,

          Defendants.

C24-1865 TSZ

MINUTE ORDER

MASANGSOFT INC.,

          Plaintiff,

   v.

THE DUEL BRASIL; GUILHERME
GASPAR; and DOES 1-100,

          Defendants.

C25-0002 TSZ

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff's motions for extension of time to effect service of process, docket no. 20 in C24-1865, and docket no. 23 in C25-0002, are GRANTED. Plaintiff shall file proof of service on or before June 15, 2026. No further extension of time to effect service of process will be granted. These actions have been pending since November 12, 2024, and January 1, 2025, respectively. If proof of service is not timely filed, these cases will be dismissed without prejudice.

MINUTE ORDER - 1

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of May, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk

MINUTE ORDER - 2